UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS E. MCCARN, et al. | CASE NO. CV-F-12-375 LJO SMS |
| Plaintiffs, | **ORDER TO DISMISS DEFENDANT** |
| vs. | |
| HSBC USA, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' Notice of Voluntary Dismissal of defendant PMI Mortgage Insurance Company, filed on June 6, 2012, and Fed. R. Civ. P. 41(a), this Court DISMISSES defendant PMI Mortgage Insurance Company **only.**

IT IS SO ORDERED.

**Dated:   June 7, 2012**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE