# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS E. MCCARN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC USA, INC., HSBC BANK USA, N.A., HSBC MORTGAGE CORPORATION, HSBC REINSURANCE (USA) INC., UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., and RADIAN GUARANTY INC.<br><br>Defendants. | Case No. No.: 1:12-cv-00375-LJO-SKO<br><br>Hon. Lawrence J. O'Neill<br><br>**ORDER LIFTING PARTIAL STAY** |

## ORDER

Pursuant to the United States Supreme Court's dismissal of the writ of *certiorari* in *First American Financial Corporation, Successor in Interest to The First American Corporation v. Denise P. Edwards*, No. 10-708 (2012), IT IS HEREBY ORDERED that the partial stay imposed on April 12, 2012 is lifted.

IT IS SO ORDERED.

Dated:  **July 9, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Case No. No.: 1:12-cv-00375-LJO-SKO
[Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28