UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LUCAS E. MCCARN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:12-cv-00375-LJO-SKO |
| | Hon. Lawrence J. O'Neill |
| Plaintiff, | **CLASS ACTION** |
| vs. | **ORDER STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT** |
| HSBC USA, INC., HSBC BANK USA, N.A., HSBC MORTGAGE CORPORATION, HSBC REINSURANCE (USA) INC., UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., and RADIAN GUARANTY INC., | |
| Defendants. | |

1  Pursuant to the Stipulation of the parties, and good cause appearing therefore,
2  IT IS HEREBY ORDERED that the deadlines for defendants United Guaranty
3  Residential Insurance Co. and Genworth Mortgage Insurance Corp. to answer,
4  move, or otherwise respond to the Complaint in this action shall be extended to
5  August 30, 2012.

7  IT IS SO ORDERED.

9  Dated:   **August 16, 2012**                    **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE