STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  HSBC USA, INC., HSBC BANK USA, N.A., HSBC MORTGAGE
  CORPORATION, and HSBC REINSURANCE (USA) INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO BRANCH

| | |
|---|---|
| LUCAS E. MCCARN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HSBC USA, INC., HSBC BANK USA, N.A., HSBC MORTGAGE CORPORATION, HSBC REINSURANCE (USA) INC., UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., and RADIAN GUARANTY INC.<br><br>　　　　Defendants. | Civil Action No.: 1:12-cv-00375-LJO-SKO<br><br>[Assigned to the Hon. Lawrence J. O'Neill]<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1. WHEREAS, on March 12, 2012, plaintiff Lucas E. McCarn ("Plaintiff") filed a Class Action Complaint (the "Complaint") against defendants HSBC USA, Inc. ("HSBC USA"), HSBC Bank USA, N.A. ("HSBC Bank"), HSBC Mortgage Corporation ("HSBC Mortgage"), HSBC Reinsurance (USA) Inc. ("HSBC Re," and collectively, HSBC USA, HSBC Bank, HSBC Mortgage, and HSBC Re are referred to herein as the "HSBC Defendants"), United Guaranty Residential Insurance Co., PMI Mortgage Insurance Co., Genworth Mortgage Insurance Corp., Republic Mortgage Insurance Co., Mortgage Guaranty Insurance Corp., and Radian Guaranty Inc.;

WHEREAS, on or about March 19, 2012, Plaintiff served HSBC USA with the Summons and Complaint;

WHEREAS, on or about March 19, 2012, Plaintiff served HSBC Bank with the Summons and Complaint;

WHEREAS, on or about March 19, 2012, Plaintiff served HSBC Mortgage with the Summons and Complaint;

WHEREAS, on or about March 20, 2012, Plaintiff served HSBC Re with the Summons and Complaint;

WHEREAS, on or about April 3, 2012, Plaintiff filed a Notice of Motion and Motion to Stay Action (the "Motion to Stay");

WHEREAS, on or about April 9, 2012, Plaintiff and the HSBC Defendants agreed to extend the deadline for the HSBC Defendants to answer or otherwise respond to the Complaint to 30 days after the Court's order on the Motion to Stay;

WHEREAS, on April 12, 2012, the Court granted the Motion to Stay and ordered that all responses to the Complaint not currently filed shall be due 45 days after the Court issues an order lifting the stay;

WHEREAS, on July 9, 2012, the Court lifted the stay;

WHEREAS, on July 30, 2012, Plaintiff filed a First Amended Complaint (the "FAC");

WHEREAS, the HSBC Defendants answer to the FAC is due on August 23, 2012; and

WHEREAS, Plaintiff has agreed to extend the time for the HSBC Defendants to answer or otherwise respond to the FAC to and including October 5, 2012.

IT IS HEREBY STIPULATED by and between Plaintiff and the HSBC Defendants, through their respective counsel of record, that the HSBC Defendants' time to answer or otherwise respond to the FAC is extended to and including October 5, 2012.

Dated:  August 15, 2012                    STROOCK & STROOCK & LAVAN LLP
                                           JULIA B. STRICKLAND
                                           LISA M. SIMONETTI
                                           SHANNON E. PONEK


                                           By:  _____/s/ Shannon E. Ponek_____
                                                        Shannon E. Ponek

                                           Attorneys for Defendants
                                               HSBC USA, INC., HSBC BANK USA, N.A.,
                                               HSBC MORTGAGE CORPORATION, and
                                               HSBC REINSURANCE (USA) INC.


Dated:  August 15, 2012                    KESSLER TOPAZ MELTZER & CHECK, LLP


                                           By:  _____/s/ Edward W. Ciolko_____
                                           Edward W. Ciolko (pro hac vice)
                                           Terence S. Ziegler (pro hac vice)
                                           Donna Siegel Moffa (pro hac vice)
                                           Amanda R. Trask (pro hac vice)
                                           280 King of Prussia Road
                                           Radnor, PA 19087
                                           Telephone: (610) 667-7706
                                           Facsimile: (610) 667-7056

                                           -and-

                                           Ramzi Abadou (Bar No. 222567)
                                           One Sansome Street, Suite 1850
                                           San Francisco, CA 94104
                                           Telephone: (415) 400-3000
                                           Facsimile: (415) 400-3001

                                           [continued on next page]

BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER LLP
Alan R. Plutzik
2125 Oak Grove Boulevard, Ste. 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

BERKE, BERKE & BERKE
Andrew L. Berke
420 Frazier Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 266-5171

Attorneys for Plaintiff and the Proposed
Class

IT IS SO ORDERED.

Dated:   **August 16, 2012**                    **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE