# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS E. McCARN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>HSBC USA, INC., et al.,<br><br>Defendants.<br>_____/ | CASE NO. CV F 12-0375 LJO SKO<br><br>**ORDER TO SET BRIEFING SCHEDULE ON F.R.Civ.P. 12 MOTIONS**<br>(Docs. 94, 106, 111.) |

Three F.R.Civ.P. 12 motions (docs. 94, 106, 111) are pending, and an additional F.R.Civ.P. 12 motion may be filed. To promote this Court's efficiency and resources, this Court will consider all F.R.Civ.P. 12 motions together, and to that end:

1. ORDERS any further F.R.Civ.P. 12 motions to be filed and served **no later than October 5, 2012**;

2. ORDERS plaintiff, **no later than October 26, 2012**, to file and serve papers to respond to all F.R.Civ.P. 12 motions;

3. ORDERS defendants, **no later than November 2, 2012**, to file and serve reply papers; and

4. VACATES the September 20, 2012 and October 9, 2012 hearings on the pending F.R.Civ.P. 12 motions. Pursuant to its practice, this Court will consider all F.R.Civ.P.

1  12 motions on the record without a hearing.  *See* Local Rule 230(g).

2  IT IS SO ORDERED.

3  **Dated:    September 5, 2012**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE