Christopher H. Hart (CSBN 184117)
  chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
  dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
  sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
  tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS MCCARN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC USA, INC., HSBC BANK USA, N.A., HSBC MORTGAGE CORPORATION, HSBC REINSURANCE (USA) INC., UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., and RADIAN GUARANTY INC.,<br><br>Defendants. | Case No. 1:12-cv-00375 LJO-SKO<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINES FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |

Edward W. Ciolko (*Admitted Pro Hac Vice*)
Terence S. Ziegler (*Admitted Pro Hac Vice*)
Donna Siegel Moffa (*Admitted Pro Hac Vice*)
Amanda Trask (*Admitted Pro Hac Vice*)
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056)

-and-

Ramzi Abadou (CSBN 222567)
    rabadou@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile (415) 400-3001

Alan R. Plutzik
BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP
2125 Oak Grove Boulevard, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

Andrew L. Berke
BERKE, BERKE & BERKE
420 Frazier Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 266-5171

*Attorneys for Plaintiff and the Proposed Class*

Eileen R. Ridley (CSBN 151735)
    eridley@foley.com
FOLEY & LARDNER LLP
555 California Street, 17th Floor
Los Angeles, CA 90071-2411
Telephone: 415-434-4484
Facsimile: 415-434-4507

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

Richard G. Carlston (CSBN 88050)
    richard.carlston@msrlegal.com
Matthew C. Henderson (CSBN 229259)
    matthew.henderson@msrlegal.com
MILLER STARR REGALIA
1331 N. California Boulevard, 5th Floor
Walnut Creek, California 94596
Telephone: 925-941-3206
Facsimile: 925-933-4126

William L. Kirkman (*Admitted Pro Hac Vice*)
    billk@bourlandkirkman.com
BOURLAND & KIRKMAN, LLP
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone: 817-336-2800, ext. 122
Facsimile: 817-877-1863

Attorneys for Defendant
REPUBLIC MORTGAGE INSURANCE CO.

John E. Walker (CSBN 166270)
    john.walker@snrdenton.com
Benito Delfin, Jr. (CSBN 281607)
    ben.delfin@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: 213-623-9300
Facsimile: 213-623-9924

Reid L. Ashinoff
Melanie A. McCammon
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212-768-6700
Facsimile: 212-768-6800

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

JOINT STIPULATION TO EXTEND DEADLINE FOR REPLIES
CASE NO. 1:12-cv-00375 LJO-SKO

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Attorneys for Defendant
GENWORTH MORTGAGE INSURANCE CORP.

Daniel C. Posner (CSBN 232009)
  danposner@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100

-and-

Michael B. Carlinsky (*Admitted Pro Hac Vice*)
  michaelcarlinsky@quinnemanuel.com
Jane M. Byrne (*Admitted Pro Hac Vice*)
  janebyrne@quinnemanuel.com
Brad E. Rosen (*Admitted Pro Hac Vice*)
  bradrosen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

Attorneys for Defendant
UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY

Julia B. Strickland (CSBN 083013)
Lisa M. Simonetti (CSBN 165996)
Shannon E. Ponek (CSBN 261135)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-mail: lacalendar@stroock.com

Attorneys for Defendants
HSBC USA, INC., HSBC BANK USA, N.A., HSBC MORTGAGE CORPORATION, and HSBC REINSURANCE (USA) INC.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

1. Plaintiff Lucas McCarn and Defendants Radian Guaranty Inc., Mortgage Guaranty Insurance Co., Republic Mortgage Insurance Co., Genworth Mortgage Insurance Corp., United Guaranty Residential Insurance Co., HSBC USA, Inc., HSBC Bank USA, N.A., HSBC Mortgage Corp., and HSBC Reinsurance (USA) Inc. hereby stipulate as follows:

1. The Parties respectfully request a modest extension of the deadline for all Defendants to file their Replies to the Plaintiff's Oppositions to the Defendants' Motions to Dismiss from November 2, 2012 to November 5, 2012.

2. Good cause exists for this extension, due to disruptions created by Hurricane Sandy. The Parties respectfully request that the Court enter an Order providing for same.

IT IS SO STIPULATED.

Dated: November 1, 2012              SCHNADER HARRISON SEGAL & LEWIS LLP

                                     */s/ Stephen A. Fogdall*
                                     Christopher H. Hart
                                     David Smith (*Admitted Pro Hac Vice*)
                                     Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
                                     Stephen A. Fogdall (*Admitted Pro Hac Vice*)
                                     Attorneys for Defendant
                                     RADIAN GUARANTY INC.
                                     One Montgomery Street, Suite 2200
                                     San Francisco, California 94104-5501
                                     Telephone: 415-364-6700
                                     Facsimile: 415-364-6785
                                     Email: chart@schnader.com


Dated: November 1, 2012              KESSLER TOPAZ MELTZER & CHECK LLP

                                     */s/ Donna Siegel Moffa (with consent)*
                                     Edward W. Ciolko (*Admitted Pro Hac Vice*)
                                     Terence S. Ziegler (*Admitted Pro Hac Vice*)
                                     Donna Siegel Moffa (*Admitted Pro Hac Vice*)
                                     Amanda Trask (*Admitted Pro Hac Vice*)
                                     280 King of Prussia Road
                                     Radnor, PA 19087
                                     Telephone: (610) 667-7706
                                     Facsimile: (610) 667-7056)

3                                                                    PHDATA 4083896_1

-and-

Ramzi Abadou
 rabadou@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile (415) 400-3001

Alan R. Plutzik
BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER LLP
2125 Oak Grove Boulevard, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

Andrew L. Berke
BERKE, BERKE & BERKE
420 Frazier Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 266-5171

Attorneys for Plaintiff and the Proposed Class

Dated: November 1, 2012                     FOLEY & LARDNER LLP

*/s/ Eileen R. Ridley (with consent)*
Eileen R. Ridley
Attorney for Defendant
MORTGAGE GUARANTY INSURANCE
CORPORATION
555 California Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-434-4484
Facsimile: 415-434-4507
Email: eridley@foley.com

Dated: November 1, 2012                     MILLER STARR REGALIA

*/s/ William L. Kirkman (with consent)*
Richard G. Carlston
Matthew C. Henderson
Attorneys for Defendant
REPUBLIC MORTGAGE INSURANCE CO.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

|   |   |
|---|---|
|   | 1331 N. California Boulevard, 5th Floor |
|   | Walnut Creek, California 94596 |
|   | Telephone: 925-941-3206 |
|   | Email: richard.carlston@msrlegal.com |
|   | Email: matthew.henderson@msrlegal.com |
|   |   |
|   | William L. Kirkman (*Admitted Pro Hac Vice*) |
|   | BOURLAND & KIRKMAN, LLP |
|   | 201 Main Street, Suite 1400 |
|   | Fort Worth, Texas 76102 |
|   | Telephone: 817-336-2800, ext. 122 |
|   | Facsimile: 817-877-1863 |
|   | Email: billk@bourlandkirkman.com |
| Dated: November 1, 2012 | SNR DENTON US LLP |
|   | */s/ Benito Delfin (with consent)* |
|   | John E. Walker |
|   | Benito Delfin, Jr. |
|   | Attorneys for Defendant |
|   | GENWORTH MORTGAGE INSURANCE CORP. |
|   | 601 South Figueroa Street, Suite 2500 |
|   | Los Angeles, California 90017 |
|   | Telephone: 213-623-9300 |
|   | Facsimile: 213-623-9924 |
|   |   |
|   | Reid L. Ashinoff |
|   | Melanie A. McCammon |
|   | SNR DENTON US LLP |
|   | 1221 Avenue of the Americas |
|   | New York, New York 10020 |
|   | Telephone: 212-768-6800 |
|   | Facsimile: 212-768-6800 |
| Dated: November 1, 2012 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|   | */s/ Brad E. Rosen (with consent)* |
|   | Daniel C. Posner |
|   | Attorney for Defendant |
|   | UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY |
|   | 865 South Figueroa Street, 10th Floor |
|   | Los Angeles, California 90017 |
|   | Telephone: 213-443-3000 |

PROPOSED ORDER RE JOINT STIPULATION TO EXTEND DEADLINE FOR REPLIES
CASE NO. 1:12-cv-00375 LJO-SKO

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | |
|---|---|
| 1 | Facsimile: 213-443- 3100 |
| 2 | -and- |
| 3 | Michael B. Carlinsky (*Admitted Pro Hac Vice*) |
| 4 | Jane M. Byrne (*Admitted Pro Hac Vice*) |
| | Brad E. Rosen (*Admitted Pro Hac Vice*) |
| 5 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 6 | 51 Madison Avenue |
| 7 | New York, New York 10010 |
| | Telephone: 212-849-7000 |
| 8 | Facsimile: 212-849-7100 |

Dated: November 1, 2012                    STROOCK & STROOCK & LAVAN LLP

*/s/ Lisa M. Simonetti (with consent)*_____
Julia B. Strickland
Lisa M. Simonetti
Shannon E. Ponek
Attorneys for Defendants
HSBC USA, INC., HSBC BANK USA, N.A.,
HSBC MORTGAGE CORPORATION, and HSBC
REINSURANCE (USA) INC.
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-mail: lacalendar@stroock.com

PROPOSED ORDER RE JOINT STIPULATION TO EXTEND DEADLINE FOR REPLIES
CASE NO. 1:12-cv-00375 LJO-SKO

1 | Christopher H. Hart (CSBN 184117)
chart@schnader.com
2 | David Smith (*Admitted Pro Hac Vice*)
dsmith@schnader.com
3 | Stephen A. Fogdall (*Admitted Pro Hac Vice*)
sfogdall@schnader.com
4 | Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
tloscalzo@schnader.com
5 | SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
6 | San Francisco, California 94104-5501
Telephone: 415-364-6700
7 | Facsimile: 415-364-6785

8 | Attorneys for Defendant RADIAN GUARANTY INC.

9 | *Additional Counsel Listed on Next Page*

10 | UNITED STATES DISTRICT COURT

11 | FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS MCCARN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC USA, INC., HSBC BANK USA, N.A., HSBC MORTGAGE CORPORATION, HSBC REINSURANCE (USA) INC., UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., and RADIAN GUARANTY INC.,<br><br>Defendants. | Case No. 1:12-cv-00375 LJO-SKO<br><br>**PROPOSED ORDER REGARDING JOINT STIPULATION TO EXTEND THE DEADLINES FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Edward W. Ciolko (*Admitted Pro Hac Vice*)
Terence S. Ziegler (*Admitted Pro Hac Vice*)
Donna Siegel Moffa (*Admitted Pro Hac Vice*)
Amanda Trask (*Admitted Pro Hac Vice*)
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056)

-and-

Ramzi Abadou (CSBN 222567)
  rabadou@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile (415) 400-3001

Alan R. Plutzik
BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP
2125 Oak Grove Boulevard, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

Andrew L. Berke
BERKE, BERKE & BERKE
420 Frazier Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 266-5171

*Attorneys for Plaintiff and the Proposed Class*

Eileen R. Ridley (CSBN 151735)
  eridley@foley.com
FOLEY & LARDNER LLP
555 California Street, 17th Floor
Los Angeles, CA 90071-2411
Telephone: 415-434-4484
Facsimile: 415-434-4507

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

Richard G. Carlston (CSBN 88050)
  richard.carlston@msrlegal.com
Matthew C. Henderson (CSBN 229259)
  matthew.henderson@msrlegal.com
MILLER STARR REGALIA
1331 N. California Boulevard, 5th Floor
Walnut Creek, California 94596
Telephone: 925-941-3206
Facsimile: 925-933-4126

William L. Kirkman (*Admitted Pro Hac Vice*)
  billk@bourlandkirkman.com
BOURLAND & KIRKMAN, LLP
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone: 817-336-2800, ext. 122
Facsimile: 817-877-1863

Attorneys for Defendant
REPUBLIC MORTGAGE INSURANCE CO.

John E. Walker (CSBN 166270)
  john.walker@snrdenton.com
Benito Delfin, Jr. (CSBN 281607)
  ben.delfin@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: 213-623-9300
Facsimile: 213-623-9924

Reid L. Ashinoff
Melanie A. McCammon
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212-768-6700
Facsimile: 212-768-6800

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Attorneys for Defendant
GENWORTH MORTGAGE INSURANCE CORP.

Daniel C. Posner (CSBN 232009)
  danposner@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100

-and-

Michael B. Carlinsky (*Admitted Pro Hac Vice*)
  michaelcarlinsky@quinnemanuel.com
Jane M. Byrne (*Admitted Pro Hac Vice*)
  janebyrne@quinnemanuel.com
Brad E. Rosen (*Admitted Pro Hac Vice*)
  bradrosen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

Attorneys for Defendant
UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY

Julia B. Strickland (CSBN 083013)
Lisa M. Simonetti (CSBN 165996)
Shannon E. Ponek (CSBN 261135)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-mail: lacalendar@stroock.com

Attorneys for Defendants
HSBC USA, INC., HSBC BANK USA, N.A., HSBC MORTGAGE CORPORATION, and HSBC REINSURANCE (USA) INC.

PROPOSED ORDER RE JOINT STIPULATION TO EXTEND DEADLINE FOR REPLIES
CASE NO. 1:12-cv-00375 LJO-SKO

Upon due consideration of the Joint Stipulation to Extend the Deadlines for Defendants to File Replies to Plaintiff's Oppositions to the Defendants' Motion to Dismiss, entered into by Plaintiff Lucas McCarn and Defendants Radian Guaranty Inc., Mortgage Guaranty Insurance Co., Republic Mortgage Insurance Co., Genworth Mortgage Insurance Corp., United Guaranty Residential Insurance Co., HSBC USA, Inc., HSBC Bank USA, N.A., HSBC Mortgage Corp., and HSBC Reinsurance (USA) Inc., and for good cause appearing, IT IS HEREBY ORDERED THAT:

The Stipulation is APPROVED.

The deadline for Defendants to file Replies to the Plaintiff's Oppositions to the Defendants' Motions to Dismiss is extended from November 2, 2012 to November 5, 2012.

IT IS SO ORDERED.

Dated: **November 1, 2012**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785