# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                         **JUDGMENT IN A CIVIL CASE**

**LUCAS E. MCCARN,**

                                         CASE NO: **1:12–CV–00375–LJO–SKO**

            v.

**HSBC USA, INC., ET AL.,**

___

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/13/12**

                                                  **Victoria C. Minor**
                                                  Clerk of Court

ENTERED:  **November 13, 2012**

                                        by: /s/ J. Hellings
                                                    Deputy Clerk