# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS E. McCARN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>HSBC, USA, INC. et al.,<br><br>　　　　　　　Defendants. / | CASE NO. CV F 12-0375 LJO SKO<br><br>**ORDER TO DISMISS CERTAIN DEFENDANTS**<br><br>(Doc. 130.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendants HSBC USA, Inc., HSBC Bank USA, N.A., HSBC Mortgage Corp., HSBC Reinsurance (USA) Inc., and United Guaranty Residential Insurance Co.

　IT IS SO ORDERED.

**Dated:    December 4, 2012**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1